| | |
|---|---|
| 1 | dana@danaoliverlaw.com |
| 2 | OLIVER LAW CENTER, INC. |
|   | 8780 19th Street #559 |
| 3 | Rancho Cucamonga, CA 91701 |
|   | Telephone: (855)384-3262 |
| 4 | Facsimile: (888)570-2021 |
| 5 | Attorney for Plaintiff and Putative Class |

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON ANTHONY CLARK, individually and on behalf of all others similarly situated, | Case No. 5:24−cv−01903−SSS−DTB |
| *Plaintiff*, | |
| v. | |
| FREEDOM FOREVER LLC | |
| *Defendant* | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

The parties file this Stipulation of Dismissal without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

- 1 -
STIPULATION OF DISMISSAL

*Clark v. Freedom Forever LLC*

| | | |
|---|---|---|
| 1 | Dated: July 16, 2025 | PARONICH LAW, P.C. |
| 2 | | By: /s/Anthony I. Paronich |
| | | Anthony I. Paronich [pro hac vice] |
| 3 | | Attorney for Plaintiff |

PIERSON FERDINAND LLP

By:  /s/ *Barry Goheen*
Barry Goheen [pro hac vice]

Attorney for Defendant Freedom Forever, LLC

- 2 -
STIPULATION OF DISMISSAL

*Clark v. Freedom Forever LLC*