1  dana@danaoliverlaw.com
   OLIVER LAW CENTER, INC.
2  8780 19th Street #559
3  Rancho Cucamonga, CA 91701
   Telephone: (855)384-3262
4  Facsimile: (888)570-2021
5  Attorney for Plaintiff and Putative Class

6

7

8  **UNITED STATES DISTRICT COURT**
   **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
9

| | |
|---|---|
| 10 JON ANTHONY CLARK, individually and on behalf of all others similarly situated, | Case No. 5:24−cv−01903−SSS−DTB |
| *Plaintiff*, | |
| v. | |
| FREEDOM FOREVER LLC | |
| *Defendant* | |

18 **[PROPOSED] ORDER ON STIPULATION OF DISMISSAL WITHOUT**
19 **PREJUDICE**

20  The Court ORDERS that this matter is dismissed without prejudice.
21

22

23  Dated: July 16, 2025
24  _____
    United States District Court
25

26

27

28

- 1 -
STIPULATION OF DISMISSAL

*Clark v. Freedom Forever LLC*