dana@danaoliverlaw.com
OLIVER LAW CENTER, INC.
8780 19th Street #559
Rancho Cucamonga, CA 91701
Telephone: (855)384-3262
Facsimile: (888)570-2021
Attorney for Plaintiff and Putative Class

[Additional counsel appear on signature page]

*Attorney for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON ANTHONY CLARK, individually and on behalf of all others similarly situated,<br><br>    *Plaintiff,*<br><br>v.<br><br>FREEDOM FOREVER LLC<br><br>    *Defendant* | Case No. 5:24−cv−01903−SSS−DTB<br><br>**PLAINTIFF'S RESPONSE TO THIS COURT'S ORDER**<br><br><br>**Date: August 1, 2025**<br>**Time: 1:00 PM**<br>**Held via Zoom videoconference** |

The Plaintiff files this response to the Court's Order of July 21, 2025. (ECF No. 44). The Plaintiff's response is brief because there is no "collusive or prejudicial to the putative class" settlement. Indeed, discovery revealed that any violative calls were made by a third party, and the Plaintiff has elected to potentially

- 1 -
PLAINTIFF'S RESPONSE TO THIS COURT'S ORDER

*Clark v. Freedom Forever LLC*

pursue those entities. No settlement agreement was executed and no payment was exchanged.

Dated: July 22, 2025

PARONICH LAW, P.C.

By: /s/Anthony I. Paronich
Anthony I. Paronich [pro hac vice]

Attorney for Plaintiff