dana@danaoliverlaw.com
OLIVER LAW CENTER, INC.
8780 19th Street #559
Rancho Cucamonga, CA 91701
Telephone: (855)384-3262
Facsimile: (888)570-2021
Attorney for Plaintiff and Putative Class

JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON ANTHONY CLARK, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>FREEDOM FOREVER LLC<br><br>*Defendant* | Case No.<br>5:24−cv−01903−SSS−DTB x |

## ORDER ON STIPULATION OF DISMISSAL WITHOUT PREJUDICE

The Court ORDERS that this matter is dismissed without prejudice.

Dated: July 28, 2025

_____
Sunshine S. Sykes
United States District Judge

- 1 -
ORDER RE: STIPULATION OF DISMISSAL

*Clark v. Freedom Forever LLC*